**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| ALFONSO J. SEBIA AND PAMELA SEBIA, | : No. 289 EAL 2014<br>:<br>: |
| Petitioners | : Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>:<br>: |
| MCNEES WALLACE & NURICK, LLC AND BRUCE R. SPICER, | :<br>:<br>: |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 6th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.